# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

**MARYANN CROOKS**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

CASE NUMBER: 05-M-2108

The United States Magistrate Judge has explained to me the nature of the offense with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States District Judge and I consent to trial, judgment, and sentencing before a United States Magistrate Judge.

_____
MARIANNE CROOKS
Defendant

_____
THOMAS J. EOANNOU, ESQ.
Counsel for Defendant

Approved By: _____
HONORABLE HUGH B. SCOTT
United States Magistrate Judge

Date: 6/30/05