IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MARYANN CROOKS,

        Defendant.

05-M-2108

---

## MISDEMEANOR INFORMATION

Title 18, United States Code, Section 1030(a)(2)(B)

### COUNT I

**The United States Attorney Charges:**

On or about May 4, 2004, in the Western District of New York, the defendant, MARYANN CROOKS, intentionally accessed a computer in a manner that exceeded her authorized access and thereby obtained computerized information from the Bureau of Immigration and Customs Enforcement, an agency of the United States.

All in violation of Title 18, United States Code, Section 1030(a)(2)(B).

DATED:   Buffalo, New York, June 30, 2005.

Respectfully submitted,

KATHLEEN M. MEHLTRETTER
Acting United States Attorney

BY: _____
GREGORY L. BROWN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 853
gregory.l.brown2@usdoj.gov