September 13, 2005

To Whom It May Concern:

Thank you for the opportunity to act as a character reference on behalf of Customs Border Patrol Officer Mary Ann Crooks.

It has been a distinct pleasure to be associated with Officer Crooks for the past 2 years. During this period Mary Ann has proven to be both a dedicated professional and a consummate team player. Her work ethic has been exemplary, and could always be counted on to project a positive, professional image. These facts combined with her affable personality and sense of humor helped to create a harmonious and productive workplace.

It has been a sincere privilege to work with Mary Ann but a greater one to be friends.

If we can be of further assistance please do not hesitate to call 905-994-6521.

Regards,

_____      _____
Kathy Heximer                  Dawne Hall-Gangarossa



7/24/05

To Whom It May Concern:

I have known Mary Anne Crooks for the past nine years through our neighbor, Anne Button.

Mary Anne has always been friendly to my family. She is also a very good mother to her two children.

Sheila Patterson



Mary Crooks:

Mary Crooks is a young lady who is a friend and a person of high character. I have watched her mature over the years and develope into a good mother to her children. A young lady who is a Do Now Person, one who always steps up and helps with school projects - Girl Scouts or daycare. Mary has a winning personality to help people. Like just a kind word to the elderly she dosen't even know but they need help or direction in this era of time. This is the kind of person I call my friend and I think Mary is doing a good job of showing her kids how helping others will never go unnoticed.

Charles Ralph McNitt

To Whom it May Concern,

I am writting for Reference for Mary Ann Crooke whom I have known for the past ten years.

During this time I have found her to be hard working dependable & very family oriented with high standards and values which are very important to her as a person but as a mother whos priority is to display good character for her children & family.

Sincerly
Sandra J. O'Connell

August 17, 2005

To Whom It May Concern,

My name is Veronica Eckerson, I am a very busy business owner in Akron, NY. I reside at 15 Cedar Street neighboring Maryann Crooks. Through conversations I have had with her in passing I have found her to be a very sincere easy going person. It is very obvious that she is a reliable and hard working person. We see her coming and going from her workplace at times for many days in a row and very long hours. She has a wonderful sense of devotion to family, in her spare time we see her walking with them and have witnessed her loving interactions with them. Daily, Maryann and her family simply keep to themselves and go about their busy lives. I have seen her taking the time with her family to participate in our local community events. I run two very busy businesses and have been in the position of having many work under me. I have been very involved in the social and political aspects of our community and feel I have a good judge of character. Maryann Crooks has only proved to be an outstanding person to the neighborhood and to the community as a whole.

Sincerely,

*Veronica Eckerson*
Veronica Eckerson