UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MARY ANN CROOKS,

      Defendant.

### CERTIFICATE OF SERVICE
### 05-M-02108

I hereby certify that on October 4, 2005, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which would then electronically notify the following EM/ECF Participant on this case:

  GREGORY L. BROWN
  138 Delaware Avenue
  Buffalo, New York 14202
  Gregory.l.brown2@usdoj.gov

And I faxed the same to:

  DAVID BALL, USPO
  (716) 551-4988


  Yours, etc.

  /s/ **Jeremy D. Schwartz**

  JEREMY D. SCHWARTZ