UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

        Plaintiff,

    -v-

MaryAnn Crooks
11 Cedar Street
Akron, NY 14001

        Defendant.                  1:05M02108-001
_____


SATISFACTION OF JUDGMENT


    The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of a certain judgment docketed January 12, 2006.

    DATED:  Buffalo, New York, February 6, 2006.


                              KATHLEEN M. MEHLTRETTER
                              Acting United States Attorney


                    BY:   S/KEVIN D. ROBINSON
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York  14202
                              (716)843-5700, ext. 804
                              Kevin.D.Robinson@usdoj.gov